**UNITED STATES of America,**
**Appellee,**

**v.**

**Julio MERAZ–MADERO, Jr., Appellant.**

**No. 25989.**

United States Court of Appeals,
Ninth Circuit.

Dec. 4, 1970.

routine border-crossing case, such as this, when the only question asked defendant at the border was "[I]f it was his vehicle, and he said 'yes'." [R.T. 12]

We affirm the judgment of conviction.

**James F. PROCTOR, Plaintiff-Appellant,**

**v.**

**SOUTHERN GREYHOUND LINES, INC.,**
**Etc., Defendant-Appellee.**

**No. 29164.**

United States Court of Appeals,
Fifth Circuit.

Dec. 2, 1970.

William N. Fielden, La Jolla, Cal., for appellant.

Harry D. Steward, U. S. Atty., Phillip W. Johnson, Asst. U. S. Atty., San Diego, Cal., for appellee.

Before BARNES and DUNIWAY, Circuit Judges, and BYRNE, District Judge.*

BARNES, Circuit Judge:

We hold a *Miranda* warning (Miranda v. Arizona, 384 U.S. 436, 86 S.Ct. 1602, 16 L.E.2d 694 (1966)) is not required in a

Charles Thomas Shad, Law Offices of S. Perry Penland, Jacksonville, Fla., for plaintiff-appellant.

John Wilbur, Milam, Ramsay, Martin & Ade, Jacksonville, Fla., for defendant-appellee.

Before TUTTLE, DYER and SIMPSON, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

---

\* Hon. William M. Byrne, Senior District Judge, United States District Court, Central District of California, sitting by designation.

1. See N. L. R. B. v. Amalgamated Clothing Workers of America, 430 F.2d 966, [5 Cir., 1970].